```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/22/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
FERNANDO VELASQUEZ-MARTINEZ and
MIGUEL RUEDA SANCHEZ,

                               Plaintiffs,

                  -against-

GREEN APPLE GOURMET INC. (D/B/A
GREEN APPLE GOURMET FOOD (F/D/B/A
EZ DELI)); ERIC KING; and MIN J CHO,

                             Defendants.
-------------------------------------------------------------- X

18-CV-6366 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 19, 2019, the parties submitted their settlement agreement and a letter motion requesting that the Court approve the agreement as fair under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), *see* Dkt. 39;

WHEREAS on April 23, 2019, the Court provisionally approved the parties' settlement agreement but ordered them to submit a second executed settlement agreement revised according to the Court's instructions, *see* Dkt. 40; and

WHEREAS on May 22, 2019, the parties submitted such a revised settlement agreement, *see* Dkt. 43,

IT IS HEREBY ORDERED that the parties' revised settlement agreement is approved as fair and reasonable. The Clerk of Court is respectfully directed to terminate all open motions and close this case.

**SO ORDERED.**

**Date: May 22, 2019**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**